IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ROBERT ANTHONY VAUGHN, Defendant. | CR 14-31-BU-DLC<br><br>ORDER |

FILED
JAN 17 2018
Clerk, U.S Courts
District Of Montana
Missoula Division

Upon the motion of the United States of America (Doc. 43), and without objection by the Defendant or his counsel,

IT IS ORDERED that the pending revocation petition (Doc. 32) in this matter is DISMISSED.

IT IS FURTHER ORDERED that the revocation disposition hearing set January 18, 2018, is VACATED.

DATED this 17th day of January, 2018.

Dana L. Christensen, Chief Judge
United States District Court